UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 17-00844 AG (DFMx) | Date | May 19, 2017 |
|---|---|---|---|
| Title | NEW METHOD WELLNESS, INC. v. CIGNA HEALTHCARE OF CALIFORNIA INC. ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION AND ORDER SETTING HEARING**

Plaintiff New Method Wellness, Inc. sued Defendants Cigna HealthCare of California, Inc. and Cigna Behavioral Health of California, Inc. for seven state law causes of action. Defendants removed the complaint, seeking to invoke this Court's federal question jurisdiction.

Defendants argue that the Employee Retirement and Income Security Act of 1974 ("ERISA") completely preempts at least some, if not all, of Plaintiffs' state law causes of action, as the health insurance policy at issue is governed by ERISA. Yet, according to the complaint, this case doesn't include any claims governed by ERISA. (Compl., Dkt. No. 1-1 ¶ 9.) But according to Defendants, that's incorrect.

The Court is concerned that it lacks jurisdiction over these state law causes of action. And the Court must jealously guard its jurisdiction. *Olmos v. Residential Credit Sols., Inc.*, 92 F. Supp. 3d 954, 955 (C.D. Cal. 2015). Accordingly, Defendants are ORDERED TO SHOW CAUSE as to why this case should not be remanded for lack of subject matter jurisdiction. Defendants must file a brief not exceeding 12 pages discussing why this Court has

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-00844 AG (DFMx) | Date | May 19, 2017 |
|---|---|---|---|
| Title | NEW METHOD WELLNESS, INC. v. CIGNA HEALTHCARE OF CALIFORNIA INC. ET AL. | | |

jurisdiction over this case by May 26, 2017. Plaintiff may, but need not, respond in a brief also not exceeding 12 pages by June 2, 2017.

The Court will then have a hearing on this issue on **June 12, 2017 at 9:00 a.m.** Defendants are ORDERED to appear at the hearing. Plaintiff may, but need not, also appear.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |